# United States District Court
EASTERN DISTRICT OF WISCONSIN

JAENETTE D KELLY-KIDD,
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 20-CV-1638

MILWAUKEE AREA TECHINCAL COLLEGE,
JAMES WEISHAN,
        Defendants.

---

☒     **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that defendants' motion to dismiss (Docket # 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: May 18, 2021

GINA M. COLLETTI
Clerk of Court

s/ Ross Miller
(By) Deputy Clerk